IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| BLAKE TAYLOR (01)<br>DESMOND J. WELLS (02) | 4:18-MJ-434 |



ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 19 2018

CLERK, U.S. DISTRICT COURT
By _____
    Deputy

CRIMINAL COMPLAINT

I, Special Agent Wesley A. Tidwell, the undersigned affiant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

Bank Robbery

On or about July 19, 2018, in the Fort Worth Division of the Northern District of Texas, defendants **Blake Taylor** and **Desmond J. Wells** did intentionally and knowingly by force and violence, and intimidation, attempt to take from the person and presence of an individual, money belonging to and in the care, custody, control, management and possession of a bank, that is, Veritex Community Bank, 2424 Merrick, Fort Worth, Texas, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of 18 U.S.C. § 2113(a).

I am a Special Agent with the Federal Bureau of Investigation (FBI), and this Complaint is based upon the following facts:

1. I am employed as a Special Agent of the FBI. I have been employed by the FBI for 21 years. For the last five years, I have been assigned to the Fort Worth Resident Agency of the Dallas Division. My responsibilities include, among other matters, the investigation of bank robberies and other violent crimes involving the use of a firearm. The information contained in this affidavit is from my personal knowledge of the investigation and from information reported to me.

2. On the morning of July 19, 2018, an attempted armed bank robbery occurred at Veritex Community Bank, located at 2424 Merrick, Fort Worth, Texas. The deposits of Veritex were, and are, insured by the FDIC. Two individuals walked into the bank lobby with handguns displayed. One made a verbal demand for money. Almost immediately, both individuals fired shots at bank employees. Two tellers behind the counter and one employee seated at a center island were shot. Both individuals fled the bank. Based upon the initial investigation, it does not appear money was provided to the two individuals.

3. One individual was dressed in dark clothing with a cap and clear eyeglasses or goggles. Tattoos were visible on the neck and forearm. The other individual also wore dark clothing with a towel or shirt wrapped around his face. Both wore blue, latex-type gloves. One carried what appeared to be a pillow case into the bank.

4. A witness outside the bank observed two males running from an alley near the bank wearing dark clothing and blue gloves. The witness observed the two males enter a white vehicle bearing Texas license plate number KKY9027. The witness believed the men's actions were suspicious, so the witness took a photo of the vehicle. The witness provided the information to law enforcement a short time later.

5. The registration information for Texas license plate number KKY9027 is a white 2017 Fiat 500X. The registered owners are Sandra and Blake Taylor, 5725 Blackmore Avenue, Fort Worth, Texas.

6. At approximately 9:47 a.m., officers with the Fort Worth Police Department located the 2017 Fiat 500X bearing Texas license plate number KKY9027. The car was parked in the driveway at 5721 Blackmore Avenue, Fort Worth, Texas, directly adjacent to 5725 Blackmore Avenue. Database checks for Blake Taylor identified him as a resident of 5725 Blackmore Avenue.

7. Three individuals, including Blake Taylor (Taylor), were seen exiting 5725 Blackmore Avenue and were detained. Following the detention, officers approached the house and spoke to Taylor's mother who was present at the house. She was interviewed, and stated that Taylor resided with her at 5725 Blackmore Avenue.

8. The FBI executed a federal search warrant at 5725 Blackmore Avenue on July 19, 2018. Among the items recovered from the residence was as Glock model 26 handgun. There were two rounds in the weapon at the time it was recovered. One of the two rounds was the same brand as shell casings recovered from Veritex Bank. Additionally, clothing was located in an exterior trash receptacle that appeared similar to that worn by the two individuals in the Veritex Bank. A bag of blue latex-style gloves was also found in the same trash receptacle.

9. Taylor, in a post-Miranda interview, admitted to law enforcement that he and Desmond Wells entered the bank on July 19, 2018, intending to rob the bank. Taylor also admitted to shooting one or more individuals in the bank.

10. Taylor consented to law enforcement viewing content on his cell phone. Law enforcement observed text messages between Taylor and another individual that appeared to reference Taylor and Wells's involvement in the attempted bank robbery. The text exchanges were within approximately a half hour following the attempted bank robbery.

11. Publicly available Facebook photos of Wells appear similar to bank surveillance photos of an individual involved in the bank robbery. The Facebook photos of Wells show tattoos covering portions of his body including his neck and forearm. Bank surveillance photos show similar tattoos on the neck and forearm of one of the individuals involved in the bank robbery.

12. Based upon the aforementioned facts, I believe that Blake Taylor and Desmond J. Wells have violated 18 U.S.C. § 2113(a).

*Wesley A. Tidwell*
Wesley A. Tidwell
Special Agent, FBI

Sworn to before me, and subscribed in my presence, July 19, 2019 at 7:42 p.m., at Fort Worth, Texas

*Jeffrey L. Cureton*
Jeffrey L. Cureton,
United States Magistrate Judge